# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                      **4:18CR399-1 JM**

**TERESE NICOLE HAYNES**

## ORDER

The United States motion to dismiss Count 8 of the Indictment is GRANTED.   Count 8 of the Indictment is hereby dismissed as to Defendant Terese Nicole Haynes.

IT IS SO ORDERED this 31st   day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

1