# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                      NO. 4:18-cr-00399-JM-1

TERESE NICOLE HAYNES                                  DEFENDANT

## JUDGMENT OF ACQUITTAL

On September 8, 2020, this case came before the Court for trial by jury. The government was represented by Assistant United States Attorneys Anne E. Gardner and Erin S. O'Leary. Terese Nicole Haynes appeared in person and with her attorney, Patrick J. Benca. The parties announced ready for trial. A jury of twelve and two alternates was selected and sworn.

At the conclusion of the government's proof, the defendant moved for a directed verdict as to Count four of the Indictment. For reasons stated on the record, the motion was granted. Count four of the indictment as to Terese Nicole Haynes is hereby dismissed with prejudice.

On September 15, 2020, the jury of twelve returned unanimous verdicts of not guilty as to all remaining counts for Defendant Terese Nicole Haynes. Judgment of acquittal is therefore entered on counts one, two, five, seven, nine, eleven, and twelve of the Indictment for Defendant Terese Nicole Haynes. The Indictment is dismissed with prejudice as to Defendant Haynes.

IT IS SO ORDERED this 22nd day of October, 2020.

                                                      _____
                                                      JAMES M. MOODY JR.
                                                      UNITED STATES DISTRICT JUDGE